DeConcini McDonald Yetwin & Lacy, P.C.
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Phone: 602-282-0500
Fax: 602-282-0520
Direct line: 602-282-0472

Lawrence D. Hirsch, #004982
Attorney For Debtors

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| ARTHUR BRYAN COOPER & LINDA A. COOPER | |
| Debtors, | No.2:05-bk-26746 RJH |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as nominee for AURORA LOAN SERVICES, LLC | RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY |
| Movant, vs. | |
| ARTHUR BRYAN COOPER & LINDA A. COOPER | |
| Respondents. | |

Respondents, Arthur Bryan Cooper and Linda A. Cooper, by and through their counsel undersigned, hereby respond to the Motion for Relief from the Automatic Stay and request that the relief sought be denied.

RESPECTFULLY SUBMITTED this 14th day of October 2009.

DeConcini McDonald Yetwin & Lacy, P.C.

1

/s/ Lawrence D. Hirsch, #04982
Lawrence D. Hirsch
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Attorney for Respondents/Debtors

## STATEMENT OF FACTS

1. Respondents admit the allegations of Paragraph 1.

2. Respondents admit the allegations of Paragraph 2 that they executed a note secured by a deed of trust by the subject property.

3. Respondents have insufficient information as to subsequent assignments, and as such deny the allegations of Paragraph 3.

4. Respondents admit they have missed some post petition payments.

5. Respondents deny the allegations of Paragraph 5.

6. Respondents admit that they have missed some post petition payments but lack sufficient information as to the amounts owed to either admit or deny the allegations of Paragraph 6 and as such deny same.

7. Respondents state that the requested relief be denied, but are willing to enter into a negotiations with Movant to resolve this matter, such contact to be made with Debtors' counsel.

WHEREFORE, Respondents asks that:

A. The all requested relief be denied;

B. Respondents be awarded their reasonable costs and fees, and

C. For such other and further relief as this Court deems just and equitable.

Respectfully submitted this 14th day of October 2009

| | DeConcini McDonald Yetwin & Lacy, P.C. |
|---|---|
| 1 | |
| 2 | |
| 3 | /s/ Lawrence D. Hirsch, #04982 |
| 4 | Lawrence D. Hirsch |
| 5 | 7310 North 16th Street, Suite 330 |
| 6 | Phoenix, Arizona 85020 |
| 7 | Attorney for Debtors/Respondents |
| 8 | |
| 9 | A copy of the foregoing was mailed |
| 10 | this 14th day of October 2009, to: |
| 11 | |
| 12 | Mark S. Bosco |
| 13 | Leonard J. McDonald |
| 14 | Tiffany & Bosco |
| 15 | 2525 East Camelback Road, Suite 300 |
| 16 | Phoenix, Arizona 85016 |
| 17 | |
| 18 | Office of the United States Trustee |
| 19 | 230 N. First Avenue, Ste. 204 |
| 20 | Phoenix, AZ 85003 |
| 21 | |
| 22 | By: /s/ Linda Miernik |
| 23 | Legal Assistant to Lawrence D. Hirsch |